Case No. 23-3134

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALFRED A. JOHNSON, SR.

    Plaintiff - Appellant

v.

CITY OF UPPER SANDUSKY, OH; WYANDOT COUNTY, OH CLERK OF COURT, Ann Dunbar and Staff; CITY OF MARION, OH; MARION COUNTY, OH CLERK OF COURT, Jessica Wallace and Staff

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by May 5, 2023.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: June 05, 2023